UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
"IN ADMIRALTY"

CASE NO:

BILLFISH MARINA ONE, INC.,
a Florida Profit Corporation,

    Plaintiff,
vs

M/Y *"BIANCA II,"* a 1998 Bluewater Yachts
manufactured motorized 69' pleasure yacht,
her boats, engines, tackle, equipment, apparel,
furnishings, freights, appurtenances, and all
fixtures and other necessaries there unto
appertaining and belonging to the vessel, *in rem*.

    Defendant.
_____/

## VERIFIED COMPLAINT

Plaintiff, BILLFISH MARINA ONE, INC. (hereinafter referred to as "Plaintiff"), by and through the undersigned counsel, files this Complaint against Motor Yacht *"BIANCA II,"* a 1998 Bluewater Yachts manufactured motorized 69' pleasure yacht, her boats, engines, tackle, equipment, apparel, furnishings, freights, appurtenances, and all fixtures and other necessaries there unto appertaining and belonging to the vessel (hereinafter referred to as "Defendant Vessel"), *in rem.*, and alleges:

1. This cause of action is under Admiralty and Maritime jurisdiction within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and is within the jurisdiction of this Court pursuant to 28 U.S.C. §1333.

2. Plaintiff was and is a Florida Profit Corporation with its principal place of business located at 2965 W. State Road 84, Fort Lauderdale, FL 33312.

3. Defendant Vessel is USCG Documented with USCG Documentation number 1078498 and Hull number BTL68046G798. Defendant Vessel is and will remain within the Southern District of Florida during the pendency of her arrest.

4. Pursuant to the Slip License Agreement, which was signed by the owner or an agent/representative of the owner of Defendant Vessel on or about October 31, 2015, Defendant Vessel's owner is obligated, *in personam*, to pay any amounts not determined to be maritime liens against Defendant Vessel, *in rem*, including but not limited to interest, collection costs, attorney fees, and court costs. *See* Slip License Agreement attached hereto as "Exhibit A."

5. Beginning on or about October 31, 2015, Plaintiff provided necessary services to Defendant Vessel, to wit: Dockage. *See* Slip License Agreement attached hereto as "Exhibit A" and Invoices attached hereto as "Exhibit B."

6. The principal amount of Ten Thousand, Three Hundred and Seventy-One Dollars and Ten Cents ($8,347.20) has not been paid and is still outstanding. *See* Invoice attached hereto as "Exhibit B."

7. Despite repeated demand, Defendant Vessel and her owner have failed to pay for the services provided and interest continues to accrue, *per diem*.

WHEREFORE Plaintiff, BILLFISH MARINA ONE, INC., respectfully requests the following relief:

    a. Process issue against Defendant Vessel, her engines, tackle, apparel, and other appurtenances, *in rem*;

    b. All persons having or claiming an interest therein be required to appear and answer the aforesaid matters;

    c.      Plaintiff be decreed to have a lien upon Defendant Vessel as described herein, and that said lien be foreclosed in accordance with law and that Defendant Vessel be condemned and sold in payment of the outstanding amount due, in addition to all other sums owed, and that Plaintiff be permitted to bid the amount of its lien at the sale of Defendant Vessel;

    d.      This Court further award Plaintiff the total amount due, attorney's fees, prejudgment interest, court costs, and that Plaintiff be permitted to recover same from Defendant Vessel, *in rem*, and any non-maritime amounts from Defendant Vessel's owner, *in personam.*

Respectfully submitted,

                                            /s/ Adam M. Ludwin
                                            Adam M. Ludwin, Esq.
                                            Florida Bar No: 101742
                                            Ludwin Law Group, P.A.
                                            1732 S. Congress Ave., Suite 326
                                            Palm Springs, FL 33461
                                            561-613-7392
                                            Primary Email: adam@ludwinlaw.com