

# BILLFISH MARINA

**BILLFISH MARINA, INC.**
2965 WEST STATE ROAD 84 - MARINA MILE
FT. LAUDERDALE, FLORIDA 33312-4867
(954) 587-6226 • FAX (954) 587-2336
www.billfishmarina.com

**INVOICE**

| INVOICE | PAGE |
|---|---|
| 62849 | 1 |

REPRINT

**ORIGINAL INVOICE**
SEE REVERSE SIDE FOR
TERMS AND CONDITIONS

| DATE | 10/27/15 |
|---|---|
| DUE ON | 10/27/15 |

**SHIP TO:**
LELAND ROBINSON
9A OXFORD DRIVE
TENAFLY, NJ 07670
USA

**BILL TO:**
LELAND ROBINSON
9A OXFORD DRIVE
TENAFLY, NJ 07670
USA

EXPORT: N

TERMS: CASH ON DELIVERY--COD

SELLER TAX I.D.

| CUSTOMER | ORDER | SLS REP. | PURCHASE ORDER NUMBER | P.O. REV. |
|---|---|---|---|---|
| 9 78151500 | CD 33021 | 40 | 68' BLUEWATER "BIANCA" | |

| SHIP NO. | SHIP VIA | SHIP DATE | SHIP WEIGHT |
|---|---|---|---|
| 18188 | DOCKAGE OCTOBER 2015 | 10/27/15 | .000 LB |

| NO. | ITEM NUMBER / DESCRIPTION | U/M | QUANTITY / PRICE | NET SALES AMOUNT |
|---|---|---|---|---|
| | 68' BLUEWATER "BIANCA" | | | |
| | ORDER COMPLETED 10.27.15 | | | |
| | DOCKAGE OCTOBER 2015 | | | |
| | 9A32983 RENT-SLIP-MONTH | FT | 1.000 / 1,000.000 | 1,000.00 |
| | 9387546 ELECTRICAL-METERED-SLIP # | HR | 1.000 / 200.000 | 200.00 |
| | 9675990 SECURITY SERVICES 24/7 | EA | 31.000 / 10.000 | 310.00 |
| | 9407540 ENVIRONMENTAL&MANATEE FEE 5.0% | EA | 1.000 / 75.500 | 75.50 |
| | FLORIDA SALES TAX | | | 90.60 |

| | 1,585.50 | DISCOUNT | .00 |
|---|---|---|---|
| CHARGES | .00 | | .00 |
| | 90.60 | AMOUNT | 1,676.10 |

# BILLFISH MARINA

**BILLFISH MARINA, INC.**
2965 WEST STATE ROAD 84 - MARINA MILE
FT. LAUDERDALE, FLORIDA 33312-4867
(954) 587-6226 • FAX (954) 587-2336
www.billfishmarina.com

**INVOICE**

| INVOICE | PAGE |
|---|---|
| 62897 | 1 |

REPRINT

**ORIGINAL INVOICE**
SEE REVERSE SIDE FOR TERMS AND CONDITIONS

| | |
|---|---|
| DATE | 11/23/15 |
| DUE ON | 11/23/15 |

| EXPORT | |
|---|---|
| N | |

| TERMS |
|---|
| CASH ON DELIVERY-COD |

| SELLER TAX I.D. |
|---|
| |

**SHIP TO:**
LELAND ROBINSON
96 OXFORD DRIVE
TENAFLY, NJ 07670
USA

**BILL TO:**
LELAND ROBINSON
96 OXFORD DRIVE
TENAFLY, NJ 07670
USA

| CUSTOMER | ORDER | SLS REP. | PURCHASE ORDER NUMBER | P.O. REV. |
|---|---|---|---|---|
| 9 78151500 | CO 33069 | 41 | 68' BLUEWATER "BIANCA II" | |

| SHIP NO. | SHIP VIA | SHIP DATE | SHIP WEIGHT |
|---|---|---|---|
| 13238 | DOCKAGE, ELECTRIC | 11/23/15 | .000 LB |

| NO. | ITEM NUMBER / DESCRIPTION | U/M | QUANTITY / PRICE | NET SALES AMOUNT |
|---|---|---|---|---|
| | 68' BLUEWATER "BIANCA II" COMPLETED 11/23/15 DOCKAGE, ELECTRIC | | | |
| | 9632983 RENT-SLIP-MONTH | FT | 1.000 / 1,000.000 | 1,000.00 |
| | 9387544 ELECTRICAL-METERED-SLIP # | HP | 1.000 / 200.000 | 200.00 |
| | 9632990 SECURITY SERVICES 24/7 | EA | 30.000 / 10.000 | 300.00 |
| | 9407540 ENVIRONMENTAL&MANATEE FEE 5.0% | EA | 1.000 / 75.000 | 75.00 |
| | FLORIDA SALES TAX | | | 90.00 |

| | | | | |
|---|---|---|---|---|
| | 1,575.00 | | DISCOUNT | .00 |
| CHARGES | .00 | | | .00 |
| FREIGHT | .00 | | | |
| TAX | 90.00 | | AMOUNT | 1,665.00 |

# BILLFISH MARINA

**BILLFISH MARINA, INC.**
2965 WEST STATE ROAD 84 - MARINA MILE
FT. LAUDERDALE, FLORIDA 33312-4867
(954) 587-6226 • FAX (954) 587-2336
www.billfishmarina.com

INVOICE

| INVOICE | PAGE |
|---|---|
| 62989 | 1 |

REPRINT

**ORIGINAL INVOICE**
SEE REVERSE SIDE FOR TERMS AND CONDITIONS

| DATE | 12/23/15 |
|---|---|
| DUE ON | 12/23/15 |

**SHIP TO:**
LELAND ROBINSON
96 OXFORD DRIVE
TENAFLY, NJ 07670
USA

**BILL TO:**
LELAND ROBINSON
96 OXFORD DRIVE
TENAFLY, NJ 07670
USA

EXPORT: N

TERMS: CASH ON DELIVERY-COD

SELLER TAX I.D.

| CUSTOMER | ORDER | SLS REP. | PURCHASE ORDER NUMBER | P.O. REV. |
|---|---|---|---|---|
| 9 78151500 | CO 33152 | 41 | 48' BLUWATER "BIANCA II" | |

| SHIP NO. | SHIP VIA | SHIP DATE | SHIP WEIGHT |
|---|---|---|---|
| 13319 | DOCKAGE FOR DECEMBER 2015 | 12/23/15 | .000 LB |

| NO. | ITEM NUMBER / DESCRIPTION | U/M | QUANTITY / PRICE | NET SALES AMOUNT |
|---|---|---|---|---|
| | 48' BLUWATER "BIANCA II" ORDER COMPLETED 12/23/15 DOCKAGE FOR DECEMBER 2015 | | | |
| | 9632983 RENT-SLIP-MONTH | FT | 1.000 / 1,000.000 | 1,000.00 |
| | 9387546 ELECTRICAL-METERED-SLIP # | HR | 1.000 / 200.000 | 200.00 |
| | 9632990 SECURITY SERVICES 24/7 | EA | 31.000 / 10.000 | 310.00 |
| | 9407540 ENVIRONMENTAL & MANATEE FEE 5.0% | EA | 1.000 / 75.500 | 75.50 |
| | FLORIDA SALES TAX | | | 90.60 |

| | | DISCOUNT | .00 |
|---|---|---|---|
| CHARGES | 1,585.50 | | .00 |
| | .00 | | |
| FREIGHT | .00 | | |
| | 90.60 | AMOUNT | 1,676.10 |

# BILLFISH MARINA

**BILLFISH MARINA, INC.**
2965 WEST STATE ROAD 84 - MARINA MILE
FT. LAUDERDALE, FLORIDA 33312-4867
(954) 587-6226 • FAX (954) 587-2336
www.billfishmarina.com

**INVOICE**

| INVOICE | PAGE |
|---|---|
| 63011 | 1 |

REPRINT

**ORIGINAL INVOICE**
SEE REVERSE SIDE FOR TERMS AND CONDITIONS

| DATE | 1/22/16 |
|---|---|
| DUE ON | 1/22/16 |

**SHIP TO:**
LELAND ROBINSON
96 OXFORD DRIVE
TENAFLY, NJ 07670
USA

**BILL TO:**
LELAND ROBINSON
96 OXFORD DRIVE
TENAFLY, NJ 07670
USA

| EXPORT | |
|---|---|
| N | |

**TERMS:** CASH ON DELIVERY-COD

**SELLER TAX I.D.**

| CUSTOMER | ORDER | SLS REP. | PURCHASE ORDER NUMBER | P.O. REV. |
|---|---|---|---|---|
| 9 7815150 0 | CO 33196 | 41 | 68'BLUEWATER"BIANCA II" | |

| SHIP NO. | SHIP VIA | SHIP DATE | SHIP WEIGHT |
|---|---|---|---|
| 13364 | DOCKAGE FOR JANUARY 2016 | 1/22/16 | .000 LB |

| ITEM NUMBER / DESCRIPTION | U/M | QUANTITY / PRICE | NET SALES AMOUNT |
|---|---|---|---|
| 68'BLUEWATER "BIANCA II" ORDER COMPLETED 01/22/16 DOCKAGE FOR JANUARY 2016. | | | |
| 9632983 RENT-SLIP-MONTH | FT | 1.000 1,000.000 | 1,000.00 |
| 9382544 ELECTRICAL-METERED-SLIP # | HP | 1.000 200.000 | 200.00 |
| 9632990 SECURITY SERVICES 24/7 | EA | 31.000 10.000 | 310.00 |
| 9407540 ENVIRONMENTAL&MANATEE FEE 5.0% | EA | 1.000 75.500 | 75.50 |
| FLORIDA SALES TAX | | | 90.60 |

| | 1,585.50 | DISCOUNT | .00 |
|---|---|---|---|
| CHARGES | .00 | | .00 |
| | .00 | | |
| | 90.60 | AMOUNT | 1,676.10 |

# BILLFISH MARINA

**BILLFISH MARINA, INC.**
2965 WEST STATE ROAD 84 - MARINA MILE
FT. LAUDERDALE, FLORIDA 33312-4867
(954) 587-6226 • FAX (954) 587-2336
www.billfishmarina.com

**INVOICE**

| INVOICE | PAGE |
|---|---|
| 63075 | 1 |

**ORIGINAL INVOICE**
SEE REVERSE SIDE FOR TERMS AND CONDITIONS

| DATE | 2/15/16 |
|---|---|
| DUE ON | 2/15/16 |

**SHIP TO:**
LELAND ROBINSON
96 OXFORD DRIVE
TENAFLY, NJ 07670
USA

**BILL TO:**
LELAND ROBINSON
96 OXFORD DRIVE
TENAFLY, NJ 07670
USA

**EXPORT:** N

**TERMS:** CASH ON DELIVERY-COD

**SELLER TAX I.D.**

| CUSTOMER | ORDER | SLS REP. | PURCHASE ORDER NUMBER | P.O. REV. |
|---|---|---|---|---|
| 9 78151500 | CO 33266 | 41 | 68' BLUEWATER-BIANCA II | |

| SHIP NO. | SHIP VIA | SHIP DATE | SHIP WEIGHT |
|---|---|---|---|
| 13432 | DOCKAGE FOR FEBRUARY 2016 | 2/15/16 | .000 LB |

| NO. | ITEM NUMBER / DESCRIPTION | U/M | QUANTITY / PRICE | NET SALES AMOUNT |
|---|---|---|---|---|
| | 68' BLUEWATER "BIANCA II" ORDER COMPLETED 2/15/16. DOCKAGE FOR FEBRUARY 2016 | | | |
| | 9632983 RENT-SLIP-MONTH | FT | 1.000 / 1,000.000 | 1,000.00 |
| | 9387544 ELECTRICAL-METERED-SLIP # | HR | 1.000 / 200.000 | 200.00 |
| | 9632990 SECURITY SERVICES 24/7 | EA | 29.000 / 10.000 | 290.00 |
| | 9407540 ENVIRONMENTAL&MANATEE FEE 5.0% | EA | 1.000 / 74.500 | 74.50 |
| | FLORIDA SALES TAX | | | 89.40 |

| | 1,564.50 | DISCOUNT | .00 | |
|---|---|---|---|---|
| CHARGES | .00 | | .00 | |
| | .00 | | | |
| | 89.40 | AMOUNT | 1,653.90 | |